UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NIKETA GRAY,

    Plaintiff,

v.

COLLISION PLUS, INC.,

    Defendant.

Case No. 11-cv-1034-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Niketa Gray's motion for voluntary dismissal (Doc. 12) pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case from all the parties. The Court **GRANTS** the motion (Doc. 12), **DISMISSES** this case with prejudice and without costs and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: May 30, 2012**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**