UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NIKETA GRAY,

    Plaintiff,

  v.                                    Case No. 11-cv-1034-JPG-SCW

COLLISION PLUS, INC.,

    Defendant.

## JUDGMENT

This matter having come before the Court and the plaintiff having moved for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED: May 30, 2012**        NANCY J. ROSENSTENGEL, Clerk of Court

                                           **s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**